Dávila Law Office, P.C.
María S. Dávila, Esq.
55 W Franklin St
Tucson, Arizona  85701
Tel:  (520) 882-3626
Fax: 1-520-842-7569
DavilaLawOffice2@gmail.com
State Bar No. 015411

Attorney for Defendant: Celaya-Rivera

# IN THE UNITED STATES DISTRICT COURT

# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br> Plaintiff, <br> vs. <br> **Dania Celaya Rivera,** <br> Defendant. | Case No.: 4:16-cr-01255-JAS-DTF <br><br> **MOTION TO CONTINUE SENTENCING** <br><br> **(First Request)** |

Defendant, **Dania Celaya Rivera**, through counsel, requests the Court continue the Sentencing Hearing presently scheduled for April 21, 2017, for 60-days, for the following reasons:

1. Undersigned was recently retained on this case and needs additional time to prepare for sentencing.
2. Mr. Ryan DeJoe, Assistant United States Attorney, has **no objection** to this continuance.

RESPECTFULLY SUBMITTED: March 7, 2017.

DAVILA LAW OFFICE, P.C.

*S/ Maria S. Davila*
Maria S. Davila

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I submitted this document via CM/ECF for filing and transmittal of a Electronic Filing to the registered parties in this case:

Mr. Ryan DeJoe, Esq.
Assistant United States Attorney